UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:23-cr-20036-KMM

UNITED STATES OF AMERICA

vs.

DANIELA RENDON

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

**COMES NOW** the Defendant, by and through the undersigned attorney, moves this Honorable Court to enter its Order finding that the Defendant has waived speedy trial through the end of the year, December 31, 2023. As grounds in support of this motion, the Defendant would show:

1. The Defendant has conferred with undersigned counsel and discussed the pros and cons of waiving speedy trial in this case.

2. The Defendant believes that additional time is required for counsel to reach a resolution in this matter due to the complexities involved, there is a considerable amount of discovery to review and examine and proper consideration must be given to all issues involved in order to ensure the Defendant receives the defense available.

**WHEREFORE**, the Defendant moves this Court to enter its Order finding that the Defendant has waived her right to a speedy trial in this case.

_____
DANIELA RENDON

/s/ Robert Mandell
**ROBERT I. MANDELL, ESQ.**
Florida Bar Number: 15484
/s/ Asad Ali
**ASAD ALI, ESQ.**
Florida Bar Number: 111887
MANDELL LAW, P.A.
189 S. Orange Ave. Suite 810
Orlando, FL 32801
Tel: (407)-956-1180
Email: rmandell@fightforyou.org
Email: aali@fightforyou.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this original document has been E-Filed with the Clerk of Court through the E-Portal and a copy of the foregoing has been E-Served to Assistant United States Attorney, JBailyn@usa.doj.gov, Counsel for the Government, via e-mail to, on March 6, 2023.

/s/ Robert Mandell
**ROBERT I. MANDELL, ESQ.**
Florida Bar Number: 15484
/s/ Asad Ali
**ASAD ALI, ESQ.**
Florida Bar Number: 111887
MANDELL LAW, P.A.
189 S. Orange Ave. Suite 810
Orlando, FL 32801
Tel: (407)-956-1180

Doc ID: 1ad001e5efd6d5f453c38186a333534d6fa44ced